# IN THE SUPREME COURT OF THE STATE OF NEVADA

SARAH GAZALA,
                    Appellant,
          vs.
ODIN JOHNSON,
                    Respondent.

No. 73881

FILED

MAY 1 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order altering the custody of a minor child. Eighth Judicial District Court, Clark County; Rena G. Hughes, Judge.

On March 8, 2018, this court entered an order granting, in part, appellant's motion for a third extension of time to file the child custody fast track statement. The order directed appellant to file the fast track statement on or before March 23, 2018. The order cautioned appellant that failure to comply with the order could result in the imposition of sanctions, including the dismissal of this appeal. To date, appellant has failed to file the child custody fast track statement or to otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____, J.
          Cherry

_____ J.          _____, J.
Parraguirre                                      Stiglich

18-18042

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Sarah Gazala
Odin Johnson
Eighth District Court Clerk

